IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MAURICE P. SCOTT,

    Plaintiff,

v.                                Civil Action No. 3:14CV550

DOCTOR ULEP, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on August 20, 2014, the Court conditionally docketed the action. Maurice P. Scott requested leave to proceed in forma pauperis. By Memorandum Order entered on October 9, 2014, the Court directed Scott to pay an initial partial filing fee of $9.05 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Scott has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Scott is not entitled to proceed in forma pauperis. Scott's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

Should Scott desire to appeal, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of

appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Memorandum Opinion to Scott.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: November 25, 2019
Richmond, Virginia